CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE CITY ATTORNEY



DAVID CHIU
City Attorney

Frederick P. Sheinfield
Chief Claims Deputy

DIRECT DIAL:    (415) 554-3872
E-MAIL:    RICK.SHEINFIELD@SFCITYATTY.ORG

October 28, 2025

Brad Gage Law
23002 Victory Boulevard
Woodland Hills, CA 91367

RE:    Claim of Estate of Jon-Marques Psalms / Claim Number 26-00546

Department:    SFPD  SFPD Claims and Litigation
Incident Date:    August 20, 2025
Claim Filed:    September 16, 2025

**NOTICE OF ACTION UPON CLAIM**          **PLEASE TAKE NOTICE THAT**

An investigation of your claim filed with the City and County of San Francisco has revealed no indication of liability on the part of the City and County. Accordingly, your claim is DENIED.

The Government Code requires us to include the following language to all putative claimants. The Code contains no express exceptions for those already represented.

**WARNING**

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6. This time limitation applies only to causes of action arising under California law for which a claim is mandated by the California Government Claims Act, Government Code sections 900 et. seq. Other causes of action, including those arising under federal law, may have shorter time limitations for filing.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Please also be advised that, pursuant to Code of Civil Procedure sections 128.7 and 1038, the City and County of San Francisco will seek to recover all costs of defense in the event an action is filed in this matter and it is determined that the action was not brought in good faith and with reasonable cause.

Very truly yours,

DAVID CHIU
City Attorney

Frederick P. Sheinfield
Chief Claims Deputy

FOX PLAZA ·1390 MARKET STREET, 7TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3900 · FACSIMILE: (415) 554-8795

n:\claim\cl2025\26-00546\01878403.docx

Claim of:    Estate of Jon-Marques Psalms        Claim Filed:    September 16, 2025

I, Tonee Aquino, say: I am a citizen of the United States, over eighteen years of age, and not a party to the within action; that I am employed by the City Attorney's Office of San Francisco, Fox Plaza, 1390 Market Street, 7th Floor, San Francisco, CA 94102.

That on October 28, 2025 I served:

NOTICE OF ACTION UPON CLAIM

by placing a true copy thereof in an envelope addressed to:

Brad Gage Law
23002 Victory Boulevard
Woodland Hills, CA  91367

Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2025 at San Francisco, California.

Tonee Aquino

DECLARATION OF SERVICE BY MAIL

n:\claim\cl2025\26-00546\01878404.docx

CITY AND COUNTY OF SAN FRANCISCO



DAVID CHIU
City Attorney

OFFICE OF THE CITY ATTORNEY

Frederick P. Sheinfield
Chief Claims Deputy

DIRECT DIAL:  (415) 554-3872
E-MAIL:  RICK.SHEINFIELD@SFCITYATTY.ORG

October 28, 2025

Brad Gage Law
23002 Victory Boulevard
Woodland Hills, CA  91367

RE:    Claim of Marcus Psalms / Claim Number 26-00545

Department:        SFPD  SFPD Claims and Litigation
Incident Date:     August 20, 2025
Claim Filed:       September 16, 2025

**NOTICE OF ACTION UPON CLAIM**            **PLEASE TAKE NOTICE THAT**

An investigation of your claim filed with the City and County of San Francisco has revealed no indication of liability on the part of the City and County.  Accordingly, your claim is DENIED.

The Government Code requires us to include the following language to all putative claimants. The Code contains no express exceptions for those already represented.

**WARNING**

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6. This time limitation applies only to causes of action arising under California law for which a claim is mandated by the California Government Claims Act, Government Code sections 900 et. seq. Other causes of action, including those arising under federal law, may have shorter time limitations for filing.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Please also be advised that, pursuant to Code of Civil Procedure sections 128.7 and 1038, the City and County of San Francisco will seek to recover all costs of defense in the event an action is filed in this matter and it is determined that the action was not brought in good faith and with reasonable cause.

Very truly yours,

DAVID CHIU
City Attorney

Frederick P. Sheinfield
Chief Claims Deputy

FOX PLAZA ·1390 MARKET STREET, 7TH FLOOR· SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3900 ·  FACSIMILE: (415) 554-8795

n:\claim\cl2025\26-00545\01878399.docx

Claim of:    Marcus Psalms                    Claim Filed:    September 16, 2025

I, Tonee Aquino, say: I am a citizen of the United States, over eighteen years of age, and not a party to the within action; that I am employed by the City Attorney's Office of San Francisco, Fox Plaza, 1390 Market Street, 7th Floor, San Francisco, CA 94102.

That on October 28, 2025 I served:

NOTICE OF ACTION UPON CLAIM

by placing a true copy thereof in an envelope addressed to:

Brad Gage Law
23002 Victory Boulevard
Woodland Hills, CA  91367

Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2025 at San Francisco, California.

Tonee Aquino

DECLARATION OF SERVICE BY MAIL

n:\claim\cl2025\26-00545\01878400.docx



CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE CITY ATTORNEY

DAVID CHIU
City Attorney

Frederick P. Sheinfield
Chief Claims Deputy

DIRECT DIAL:    (415) 554-3872
E-MAIL:    RICK.SHEINFIELD@SFCITYATTY.ORG

October 28, 2025

Brad Gage Law
23002 Victory Boulevard
Woodland Hills, CA 91367

RE:    Claim of Christina Psalms / Claim Number 26-00544

Department:    SFPD  SFPD Claims and Litigation
Incident Date:    August 20, 2025
Claim Filed:    September 16, 2025

**NOTICE OF ACTION UPON CLAIM**          **PLEASE TAKE NOTICE THAT**

An investigation of your claim filed with the City and County of San Francisco has revealed no indication of liability on the part of the City and County. Accordingly, your claim is DENIED.

The Government Code requires us to include the following language to all putative claimants. The Code contains no express exceptions for those already represented.

**WARNING**

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6. This time limitation applies only to causes of action arising under California law for which a claim is mandated by the California Government Claims Act, Government Code sections 900 et. seq. Other causes of action, including those arising under federal law, may have shorter time limitations for filing.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Please also be advised that, pursuant to Code of Civil Procedure sections 128.7 and 1038, the City and County of San Francisco will seek to recover all costs of defense in the event an action is filed in this matter and it is determined that the action was not brought in good faith and with reasonable cause.

Very truly yours,

DAVID CHIU
City Attorney

Frederick P. Sheinfield
Chief Claims Deputy

FOX PLAZA ·1390 MARKET STREET, 7TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3900 ·  FACSIMILE: (415) 554-8795

n:\claim\cl2025\26-00544\01878401.docx

Claim of:      Christina Psalms                    Claim Filed:    September 16, 2025

I, Tonee Aquino, say:  I am a citizen of the United States, over eighteen years of age, and not a party to the within action; that I am employed by the City Attorney's Office of San Francisco, Fox Plaza, 1390 Market Street, 7th Floor, San Francisco, CA 94102.

That on October 28, 2025 I served:

NOTICE OF ACTION UPON CLAIM

by placing a true copy thereof in an envelope addressed to:

Brad Gage Law
23002 Victory Boulevard
Woodland Hills, CA  91367

Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2025 at San Francisco, California.

/Tonee Aquino

DECLARATION OF SERVICE BY MAIL