DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
LUCIA LI, State Bar #309355
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4206
Facsimile:     (415) 554-3837
E-Mail:        lucia.li@sfcityatty.org

Attorneys for Defendants[1]
CITY AND COUNTY OF SAN FRANCISCO,
and SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PSALMS, and MARCUS PSALMS individually and as successors in interest to JON-MARQUES PSALMS,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 3:26-cv-03880 LB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[Local Rule 6-1 (a)]**<br><br>Trial Date:         Not Set |

**STIPULATION**

Under Northern District Civil Local Rule 6-1, it is stipulated by counsel for Plaintiffs Christina Psalms and Marcus Psalms and counsel for Defendants City and County of San Francisco and San Francisco Police Department that the time to file a response to Plaintif's First Amended Complaint (Dkt No. 17) on behalf of Defendants City and County of San Francisco, San Francisco Police

---

[1] The San Francisco City Attorney's Office may represent individually-named defendants but requires additional time to complete necessary tasks to evaluate representation of these defendants.

Department, or any other defendants (including individually-named defendants) is extended to and includes **July 13, 2026**.

This extension will not alter any event or deadline already fixed by Court order and it does not involve papers required to be filed or lodged with the Court other than an initial response to the complaint.

**IT IS SO STIPULATED:**

Dated: June 16, 2026

                                        DAVID CHIU
                                        City Attorney
                                        JENNIFER E. CHOI
                                        Chief Trial Deputy
                                        LUCIA LI
                                        Deputy City Attorney


                                 By:_____/s/ Lucia Li_____
                                        LUCIA LI[2]

                                        Attorneys for Defendants
                                        CITY AND COUNTY OF SAN FRANCISCO
                                        and SAN FRANCISCO POLICE DEPARTMENT


Dated: June 16, 2026

                                        BRAD GAGE LAW


                                 By:_____/s/ Milad Sadr_____
                                        MILAD SADR

                                        Attorneys for Plaintiffs
                                        CHRISTINA PSALMS AND MARCUS PSALMS
                                        individually and as successors in interest to JON-
                                        MARQUES PSALMS,

---

[2] Pursuant to Local Rule 5-1(i), the filer attests that the other Signatories have concurred in the filing of the document.

Stipulation to Extend Time – Responsive Pleading            2
Case No. 3:26-cv-03880 LB

4913-8207-1989, v. 1