# Exhibit A

# Q002-Police Officer

SF | Careers > Q002-Police Officer

## Know the Class Code?

Class codes are four characters long.

| Q002 | Search |

## Search by Keyword:

Use a keyword to search for a class.

| Search | Search |

### Related Resources

Labor Agreements | MOUs

Current Compensation Manual

Additional and Historic Documents

# Police Officer

## Job Classification

| | |
|---|---|
| **Class** | Q002 |
| **Title** | Police Officer |
| **Overtime Eligibility** | Covered (Non-Z) - Nonexempt |
| **Labor Agreement** | POA |
| **Effective Date** | July 06, 2023 |

## Current Compensation Plan

**Effective:** Jul 01, 2025

See Historic and future compensation information for this class

| Step: | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|
| **Rate /hr:** | $57.3375 | $58.9875 | $60.4625 | $63.0625 | $66.2250 | $69.4375 | $73.0250 |
| **Rate /biweekly:** | $4,587.00 | $4,719.00 | $4,837.00 | $5,045.00 | $5,298.00 | $5,555.00 | $5,842.00 |
| **Rate /year:** | $119,262 | $122,694 | $125,762 | $131,170 | $137,748 | $144,430 | $151,892 |

**Additional notes:** The current starting salary is $119,262 per year. After seven years of service, a Police Officer may earn up to $178,394 per year with POST, retention and uniform. After twenty-five years of service, a Police Officer may earn up to $198,102 with POST, retention and uniform.

## Job Description

CITY AND COUNTY OF SAN FRANCISCO

DEPARTMENT OF HUMAN RESOURCES

JOB CODE TITLE: POLICE OFFICER

JOB CODE: Q 2

DEFINITION

Under general supervision, as a sworn member of the San Francisco Police Department, the Q-2 Police Officer performs a wide variety of tasks to promote public safety and security, prevent crime and generally enforce the law. In an assigned district, responsibilities may include the following: patrolling in a radio car on foot; responding to calls for service; conducting investigations; detecting crime; interacting with community members; arresting suspects; pursuing suspects; enforcing traffic and parking codes; writing reports and keeping records; interacting with superiors, peers, and other department personnel; preparing and participating in planned events; preparing for and attending court; participating in in-service training; and performing related administrative duties as required.

DISTINGUISHING FEATURES

Case 3:26-cv-03880-LB Document 24-1 Filed 07/13/26 Page 3 of 4

The Q-2 Police Officer position is the entry-level position for the sworn ranks in the Police Department. After successful completion of basic training in the Academy and the Field Training Officer (FTO) programs, the Q-2 Police Officer is assigned to one of the district stations under the control of the Field Operations Bureau (Patrol Division). It is distinguished from Q50 Sergeant in that the latter is the first-line supervisor position.

SUPERVISION EXERCISED

None.

EXAMPLES OF IMPORTANT AND ESSENTIAL DUTIES

According to Civil Service Commission Rule 109, the duties specified below are representative of the range of duties assigned to this job code/class and are not intended to be an inclusive list.

1. Prepares for work; receives instruction from platoon commander regarding assignment (beat) and/or specific patrol targets during daily line-up; inspects patrol car, equipment and weapons to ensure proper operation.

2. Patrols the district on foot or in patrol car; operates Mobile Video Terminal computer in patrol car; operates radio; detects criminal activity; and communicates with the public.

3. Responds to call for service; resolves disputes; admonishes individuals; responds to accidents; and provides emergency first-aid.

4. Conducts investigations; conducts a preliminary investigation at the scene of a crime; searches area for suspects or evidence; interviews suspects, witnesses and victims; obtains case numbers; and obtains background information from dispatch or the computer.

5. Promotes community policing; speaks to merchants regarding potential problems in the area; explains to citizens laws, ordinances, and their rights in resolving disputes; speaks to citizens in sector while on patrol; attends community meetings; and participates in community-based programs.

6. Makes arrests and/or detains suspects.

7. Pursues suspects; chases suspects; sets up perimeters; and communicates with partner to coordinate chase.

8. Enforces traffic and parking violations.

9. Writes reports; keeps records; draws accident scene diagrams; competes forms and maintains logs.

10. Interacts with superiors, peers, and other department personnel.

11. Prepares and participates in planned events; stands and directs traffic at accident scenes, demonstrations, or planned events; controls crowds; cooperates with other city and state agencies to secure area at planned event or crime scene.

12. Prepares for and attends court; reviews reports and other related documents; testifies in court; meets with the Assistant District Attorney to discuss cases.

13. Performs related duties as required.

KNOWLEDGE, SKILLS, AND ABILITIES

Ability to: maintain persistence and self-control; solve problems and make decisions; interpret maps and street guides; present key facts, points, or inferences orally in a clear, organized and concise format; use proper English grammar, spelling, punctuation, and sentence structure in writing reports; communicate ideas and required information in an organized, clear, and concise written narrative style; state factual information objectively; accept guidance and direction from others; retain and recall important details from discussions, observation, and written materials; maintain alertness and concentration despite tedium, repetitive activity, or long hours of inactivity or work; establish and maintain courteous, cooperative, business-like relationships with peers and superior officers; interact effectively with people from a wide variety of cultural and socio-economic backgrounds; show compassion and empathy for others; communicate spoken information to others effectively under stressful conditions; ask questions and probe in order to obtain useful, accurate, and truthful information from victims, witnesses, officers and other persons interviewed; distinguish between primary colors; observe activities, individuals, or read information (license plates) from a distance; read street signs, house numbers, license plates from a moving vehicle; observe activities, individuals, or read information at night or in low illumination; use muscle force for a task lasting less than one minute which involves lifting/carrying, pushing, pulling, or holding; use muscle force for single or multiple tasks for extended periods of time which involves lifting/carrying, pushing, pulling, or holding; use burst of muscle force lasting one second or less involving rapid movements of body parts to propel an object or move one's own body; use the stomach and/or back muscles to perform a single task or repeated tasks; continuously perform physically demanding tasks for extended periods of time; bend, stretch, twist, or reach out with the body, arms, or legs; keep or regain one's balance, or stay upright when in an unstable position; and exert all-out physical effort to perform tasks for brief periods of time.

MINIMUM QUALIFICATIONS

These minimum qualifications establish the education, training, experience, special skills and/or license(s) which are required for employment in the classification. Please note, additional qualifications (i.e., special conditions) may apply to a particular position and will be stated on the exam/job announcement.

License and certificate: possession of a valid California Driver License.

Training and Experience: possession of a U.S. high school diploma or pass an equivalency test (G.E.D.), California High School Proficiency Examination, or A.A. degree or higher prior to appointment. (The G.E.D. standard average score must be at least 45 with no single score less than 35.)

SPECIAL REQUIREMENTS: The State of California, Department of Justice, Commission On Peace Officer Standards and Training (P.O.S.T.) mandates the following requirements:

Age Requirement: must be at least 20 years old by the beginning date of the examination. Candidates may not be hired to enter the Police Academy before their 21st birthday. There is no maximum age limit.

Q002 Bailiff Officer | City and County of San Francisco

Work Authorization: must be legally authorized to work in the United States.

ORIGINATION DATE:

January 3, 2000

AMENDED DATE:

July 6, 2023

REASON FOR AMENDMENT:

To accurately reflect the current tasks, knowledge, skills & abilities, and minimum qualifications.

BUSINESS UNIT(S):

COMMN

# Standard Information

## Disaster Service Work

All City and County of San Francisco employees are designated Disaster Service Workers through state and local law (California Government Code Section 3100-3109). Employment with the City requires the affirmation of a loyalty oath to this effect. Employees are required to complete all Disaster Service Worker-related training as assigned, and to return to work as ordered in the event of an emergency.

## Historic and future compensation

| Effective (Sched) | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|
| Jul 01, 2025 (B) | $57.3375 | $58.9875 | $60.4625 | $63.0625 | $66.2250 | $69.4375 | $73.0250 |
| Jan 04, 2025 (A) | $55.6625 | $57.2750 | $58.7000 | $61.2250 | $64.3000 | $67.4125 | $70.9000 |
| Jul 01, 2024 (Z) | $54.0375 | $55.6125 | $56.9875 | $59.4375 | $62.4250 | $65.4500 | $68.8375 |
| Jan 06, 2024 (Y) | $54.0375 | $55.6125 | $56.9875 | $59.4375 | $62.4250 | $65.4500 | $68.8375 |
| Jul 01, 2023 (X) | $52.8500 | $54.3875 | $55.7375 | $58.1250 | $61.0500 | $64.0125 | $67.3250 |