# Exhibit B

**JOIN**

CAREERS    OPPORTUNITIES    RESOURCES    FAQ    CONTACT US 📞    POSITIONS TO APPLY ✏️

Click here to Apply for the
Entry Level Police Officer:
**$119,262\* to $231,919\*\*/year**
\*Starting on Day 1 of the Academy
\*\*Top Step with Retention

Click here to Apply for the
Academy Graduate:
**$119,262\* to $231,919\*\*/year**
\*Starting on Day 1 of the Academy
\*\*Top Step with Retention

Click here to Apply for the
Lateral Police Officer:
**$122,694 to $231,919\*\*/year
+ $25,000 Signing Bonus**
\*\*Top Step with Retention



## ENTRY LEVEL PROGRAM

### $119,262\* TO $231,919\*\*/YEAR
**\*Starting on Day 1 of the Academy
\*\*Top Step with Retention**

A Police Officer works 40 hours per week on different shifts and overtime may be required. San Francisco PD offers excellent benefits, and a comprehensive, paid training at their full starting salary, currently starting at $119,262/year, and top step salary up to $231,919 with retention pay.

CONTACT US 📞    APPLY NOW ✏️

### POLICE OFFICER DUTIES INCLUDE BUT ARE NOT LIMITED TO:

- Patrolling their districts, responding to calls for service, conducting investigations, writing reports, pursuing and detaining suspects, and making arrests.
- Participating in community policing programs.
- Enforcing traffic and parking laws.
- Preparing for and participating in planned events.
- Preparing for and attending court.
- Participating in self-development activities and attending training.

### THE SAN FRANCISCO POLICE DEPARTMENT OFFERS:

- 10 paid vacation days a year during the first five years of service.
- 15 paid vacation days a year during the next 10 years of service.
- 20 paid vacation days a year after 15 years of service.
- 4 floating holidays.
- 13 paid sick days a year and several healthcare plans.
- Bilingual pay and special assignment pay.
- Retirement benefits: 3% of final compensation per year of service at age 58, with a maximum of 90% benefit based on years of service.

All employees hired on or after January 10, 2009, will be required (pursuant to San Francisco Charter Section A8.432) to contribute 2% of pre-tax compensation to fund retiree healthcare. In addition, most employees are required to make a member contribution towards retirement, ranging from 7.5% – 13.25% of compensation. For more information on these provisions, please contact your departmental personnel officer.

**Does this sound interesting?**
**Have Questions? Contact the San Francisco Police Department Recruitment Unit**

Skip to Main Content

1245 3rd Street, 5th Floor
San Francisco, CA 94158

**JOIN**

CAREERS    OPPORTUNITIES    RESOURCES    FAQ    CONTACT US    POSITIONS TO APPLY

Click here to Apply for the
Entry Level Police Officer:
**$119,262* to $231,919**/year**
*Starting on Day 1 of the Academy
**Top Step with Retention

Click here to Apply for the
Academy Graduate:
**$119,262* to $231,919**/year**
*Starting on Day 1 of the Academy
**Top Step with Retention

Click here to Apply for the
Lateral Police Officer:
**$122,694 to $231,919**/year**
**+ $25,000 Signing Bonus**
**Top Step with Retention



First Name

First Name

Last Name

Last name

Position Interested In *

Entry Level Police Officer

Phone Number

000-000-0000

Email

Email

Message

Message

SUBMIT

**JOIN**

©2025 San Francisco Police Department. All Rights Reserved.

Accessibility Statement