# Exhibit C

Case 3:26-cv-03880-LB    Document 24-3    Filed 07/13/26    Page 2 of 9

 **SF | Careers**

## Career Opportunity

# Entry-Level Police Officer - San Francisco Police Department (Q002)

**Recruitment: REF18255F**

*Published: February 02, 2026*

### Contact

**Isabelle Choy** – [isabelle.choy@sfgov.org](mailto:isabelle.choy@sfgov.org)

Apply Now

**Apply using SmartRecruiters, the City and County of San Francisco's application portal.**

 Share

**Department:** Police
**Job class:** Q002-Police Officer
**Salary range:** The current starting salary is $119,262 per year. After seven years of service, a Police Officer may earn up to $178,394 per year with POST, retention and uniform. After twenty-five years of service, a Police Officer may earn up to $198,102 with POST, retention and uniform.
**Role type:** Permanent Civil Service *What does this mean?*
**Hours:** Full-time

**Exam type:** Continuous
**Rule:** Rule of the List
**List type:** Entrance

## About:

**Clerically amended on January 21, 2026, to clarify the minimum education qualifications.**

Join a highly respected Police Department and play a vital role in serving the diverse communities of one of the most beautiful cities in the country. San Francisco is a world-class city with a police department that reflects excellence. From the bustling energy of Fisherman's Wharf to the serene landscapes of Golden Gate Park, and the iconic views of Nob Hill to the vibrant Tenderloin district, our officers are dedicated to community safety. Whether responding to emergencies on horseback, bicycle, motorcycle, vehicle, or on foot, we're committed to fostering a secure environment. Officers take pride in engaging with the community, whether through safety classes or outreach. Together, we can work to keep our city safe!

**Application Opening:** Tuesday, November 1, 2022

Recruitment ID: X00018

## Role description

Here's a Golden Opportunity: Join the San Francisco Police Department!

San Francisco Police Officers perform a wide variety of essential duties to promote safety with respect. This is much more than a job; it is an opportunity to build a career that you can be proud of.

Essential Duties (Click to Expand/Collapse) **+**

## How to qualify

<u>**MINIMUM QUALIFICATIONS**</u> (The following eligibility requirements will be verified during the Background Investigation.)

- <u>Education</u>: Applicants must be a United States High School Graduate, or have passed a G.E.D. or the California High School

5/6/26, 2:17 PM

Case 3:26-cv-03889-LB Entry Level Police Officer | San Francisco Police Department (2012) | City and County of San Francisco Page 4 of 9

Proficiency Examination, or have attained a two-year, four-year, or advanced degree from an accredited college or university in accordance with ([Government Code 1031(e)](#)).

*A foreign college or university degree may be evaluated for equivalency by a credential evaluation service holding membership in the National Association of Credential Evaluation Services (NACES) or the Association of International Credential Evaluators, Inc. (AICE), and the evaluation equivalency must be provided at the time of application.

- Age: Applicants must be at least 20 years old when they take the examination and at least 21 years of age by the time of appointment (Civil Service Rule 210.10)

- Driver's License: Applicants must possess and maintain a valid driver license to operate an automobile at the time of application and throughout the selection process.

- Judicial Record: Applicants must NOT have been:

    - Convicted of a felony;

    - Convicted of an offense involving domestic violence;

    - Convicted of any misdemeanor that carries a penalty of prohibiting ownership, possession, or control of a firearm; or

    - Restricted from employment with the City and County of San Francisco.

Desired Qualifications (Click to Expand/Collapse) **+**

Verification of Minimum Qualifications (Click to Expand/Collapse) **–**

California Government Code §1031 states that law enforcement officers must undergo a background investigation before being hired. This investigation verifies whether a candidate meets the job requirements. The Background Unit manages this process. It is the applicant's responsibility to provide all necessary documents to the Background Unit. The investigation will not begin until all

Case 3:26-cv-03880-LB   Document 24-3   Filed 07/13/26   Page 5 of 9

documents are received. If the background packet is incomplete, it will delay the investigation.

This process includes verifying:

- Identity

- Education

- Employment history

- Criminal record

- Credit history

**More information regarding the Background Investigations process can be found at** https://joinsfpd.com/background-investigations/.

**Note:** Falsifying one's education, training, or work experience or attempted deception on the application may result in disqualification for this and future job opportunities with the City and County of San Francisco.

## SELECTION PROCEDURES:
https://www.joinsfpd.com/hiring-process

**Selection Process Steps:**

1. Submit Application

2. Written Examination (PELLETB or NTN)

3. Physical Agility Test

4. Oral Interview

5. Background Investigation

6. Police Academy

7. Field Training Officer (FTO) Program, 16 weeks

8. 1 year probation

5/6/26, 2:17 PM
Entry Level Police Officer - San Francisco Police Department (Q002) | City and County of San Francisco
Case 3:26-cv-03880-LB   Document 24-3   Filed 07/13/26   Page 6 of 9

### Expedited Scheduling

Candidates who meet the minimum qualifications will be invited by the Public Safety Team to take the PELLETB written exam at the beginning of the month. Those who pass will then be invited to participate in the oral interview and physical ability test later that same month.

### Written Exam (Pass/Fail)

For this recruitment, applicants have the option to use either Option A) FrontLine National Law Enforcement Examination administered by the National Testing Network (NTN) or Option B) California PELLETB Exam. Either exam is pass/fail with the minimum scores posted below.

### OPTION A) FrontLine National Law Enforcement Examination (NTN)

To register visit:
https://nationaltestingnetwork.com/publicsafetyjobs/search.cfm?position=1&state=All+States

You will need to establish an account with NTN. A fee is required to take the FrontLine National examination. Applicants with demonstrated financial hardship may submit a request to have the fee waived prior to test registration. See "Candidate FAQ #27" on the NTN website (https://www.nationaltestingnetwork.com/publicsafetyjobs/faqs.cfm) to learn more about how to apply for a fee waiver.

There are three components to the FrontLine National exam: a video-based human relations test, a reading ability test, and a written language ability test. The passing scores are:

• Video: 60
• Writing: 70
• Reading: 70

Applicants must pass each test independently. The scores are not averaged.

### OPTION B) Post Entry Level Law Enforcement Test Battery (PELLETB)

The PELLETB exam, developed by the California Commission on Peace Officer Standards and Training (POST), measures reading comprehension and writing abilities.

Case 3:26-cv-03889-LB   Document 24-3   Filed 07/13/26   Page 7 of 9

Applicants who have taken the PELLETB written within the last two years and have achieved a t-score of 42 or higher will also be exempt from the written examination. A copy of the documentation, which includes the date of the PELLETB test and score on valid agency letterhead, must be submitted with your application.

**Waiver of Written Exam (Click to Expand/Collapse)** ✚

### Physical Ability Test (Pass/Fail)

The PAT will assess physical abilities needed to perform essential police officer tasks and successfully complete academy training through four events. The physical abilities include: muscular strength, muscular endurance, aerobic capacity, equilibrium, and abilities involving all-out effort.

### Oral Interview (100%)

The OI will assess community involvement, interest and motivation, interpersonal skills, problem solving, oral communication skills, and abilities not tested by other examination components. The OI score will be used to place applicants on the eligible list.

Candidates will be notified via email of their pass/fail status on the PAT and OI. Those who do not pass may request another opportunity to re-take the test no sooner than three (3) months [90 calendar days] from their previous attempt.

Applicants who do not appear for their scheduled examination date without prior notification will be marked as a "no show." Applicants who do not attend the examination on their rescheduled date will be removed from the selection process.

Candidates must pass each of the selection components unless otherwise noted on the announcement. The Department reserves the right to waive selection components for individuals based on prior experience or certification.

**Eligible List & Terms of Announcement and Appeal Rights (Click to Expand/Collapse)** ✚

**Background Investigation (Click to Expand/Collapse)** ✚

### Police Academy, Field Training Officer (FTO) Program, and Probation −

Applicants selected through this posting will be hired as **Entry-Level Police Officers** and are required to successfully complete a **twenty-six (26) week P.O.S.T. Basic Course Police Academy**. Upon graduation from the police academy, applicants will enter into the 16-week field training program on patrol with varying shifts. Upon completion of the FTO Program, a one year probationary period must be completed.

### Additional Information Regarding Employment with the City and County of San Francisco (Click to Expand/Collapse) −

- [Information About the Hiring Process](#)

- [Conviction History](#)

- [Employee Benefits Overview](#)

- [Equal Employment Opportunity](#)

- [Disaster Service Worker](#)

- [ADA Accommodation](#)

- [Veteran's Preference](#)

- [Right to Work](#)

- [Copies of Application Documents](#)

- [Diversity Statement](#)

### Where to Apply (Click to Expand/Collapse) +

For questions about the academy and selection process, you may contact the:

Case 3:26-cv-03880-LB   Document 24-3   Filed 07/13/26   Page 9 of 9

San Francisco Police Department Recruitment Unit
1245 3rd Street, 5th Floor, San Francisco, CA 94158
Phone: 415-837-7270

**joinsfpd@sfgov.org**
twitter.com/JoinSFPD
facebook.com/JoinSFPD

If you have any questions, you may contact Isabelle Choy at
Isabelle.Choy@sfgov.org. Recruitment ID: X00018

The City and County of San Francisco encourages women, minorities and persons with disabilities to apply. Applicants will be considered regardless of their sex, race, age, religion, color, national origin, ancestry, physical disability, mental disability, medical condition (associated with cancer, a history of cancer, or genetic characteristics), HIV/AIDS status, genetic information, marital status, sexual orientation, gender, gender identity, gender expression, military and veteran status, or other protected category under the law.

Apply Now