# Exhibit D

# SEC. 1.101. RIGHTS AND POWERS.

The City and County of San Francisco may make and enforce all ordinances and regulations in respect to municipal affairs, subject only to the restrictions and limitations provided in this Charter. The City and County may make and enforce within its limits all local police, sanitary and other ordinances and regulations. The City and County may appear, sue and defend in all courts in all matters and proceedings.

All rights and powers of a City and County which are not vested in another officer or entity by this Charter shall be exercised by the Board of Supervisors.

# SEC. 4.100. GENERAL.

In addition to the office of the Mayor, the executive branch of the City and County shall be composed of departments, appointive boards, commissions, and other units of government that perform the sovereign powers of the City and County. To the extent law permits, each appointive board, commission, or other unit of government of the City and County established by State or Federal law shall be subject to the provisions of this Article IV and this Charter.

(Amended by Proposition E, Approved 11/5/2024)

# SEC. 4.127. POLICE DEPARTMENT.

The Police Department shall preserve the public peace, prevent and detect crime, and protect the rights of persons and property by enforcing the laws of the United States, the State of California, and the City and County.

The Chief of Police may appoint and remove at pleasure special police officers.

The Chief of Police shall have all powers which are now or that may be conferred upon a sheriff by state law with respect to the suppression of any riot, public tumult, disturbance of the public peace or organized resistance against the laws or public authority.

DISTRICT POLICE STATIONS. The Police Department shall maintain and operate district police stations. The Police Commission, subject to the approval by the Board of Supervisors, may establish additional district stations, abandon or relocate any district station, or consolidate any two or more district stations.

BUDGET. Monetary awards and settlements disbursed by the City and County as a result of police action or inaction shall be taken exclusively from a specific appropriation listed as a separate line item in the Police Department budget for that purpose.

Case 3:26-cv-03880-LB    Document 24-4    Filed 07/13/26    Page 3 of 3

POLICE STAFFING. By no earlier than October 1 and no later than November 1 in every odd-numbered calendar year, the Chief of Police shall transmit to the Police Commission a report describing the department's current number of full-duty sworn officers and recommending staffing levels of full-duty sworn officers in the subsequent two fiscal years. The report shall include an assessment of the Police Department's overall staffing, the workload handled by the department's employees, the department's public service objectives, the department's legal duties, and other information the Chief of Police deems relevant to determining proper staffing levels of full-duty sworn officers. The report shall evaluate and make recommendations regarding staffing levels at all district stations and in all types of jobs and services performed by full-duty sworn officers. By no later than July 1 in every odd-numbered calendar year, the Police Commission shall adopt a policy prescribing the methodologies that the Chief of Police may use in evaluating staffing levels, which may include consideration of factors such as workload metrics, the Department's targets for levels of service, ratios between supervisory and non-supervisory positions in the Department, whether particular services require a fixed number of hours, and other factors the Commission determines are best practices or otherwise relevant. The Chief of Police may, but is not required by this Section 4.127 to, submit staffing reports regarding full-duty sworn officers to the Police Commission in even-numbered years.

The Police Commission shall hold a public hearing regarding the Chief of Police's staffing report by December 31 in every odd-numbered calendar year. The Police Commission shall consider the most recent report in its consideration and approval of the Police Department's proposed budget every fiscal year, but the Commission shall not be required to accept or adopt any of the recommendations in the report.

The Board of Supervisors is empowered to adopt ordinances necessary to effectuate the purpose of this section regarding staffing levels including but not limited to ordinances regulating the scheduling of police training classes.

Further, the Police Commission shall initiate an annual review to civilianize as many positions as possible and submit that report to the Board of Supervisors annually for review and approval.

PATROL SPECIAL POLICE OFFICERS. The Commission may appoint patrol special police officers and for cause may suspend or dismiss patrol special police officers after a hearing on charges duly filed with the Commission and after a fair and impartial trial. Patrol special police officers shall be regulated by the Police Commission, which may establish requirements for and procedures to govern the position, including the power of the Chief of Police to suspend a patrol special police officer pending a hearing on charges. Each patrol special police officer shall be at the time of appointment not less than 21 years of age and must possess such physical qualifications as may be required by the Commission.

Patrol special police officers may be designated by the Commission as the owners of a certain beat or territory which may be established or rescinded by the Commission. Patrol special police officers designated as the owners of a certain beat or territory or the legal heirs or representatives of the owners may dispose of their interest in the beat or territory to a person of good moral character, approved by the Police Commission and eligible for appointment as a patrol special police officer.

Commission designation of beats or territories shall not affect the ability of private security companies to provide on-site security services on the inside or at the entrance of any property located in the City and County.

(Amended November 2003; March 2004; Proposition G, Approved 11/8/2016; Proposition E, Approved 11/3/2020)