# "Exhibit 1"

100
Bradley C. Gage*
Wayne Smith
*A PROFESSIONAL LAW CORPORATION

BRAD GAGE LAW
A Professional Corporation

Milad Sadr
Sarah E. Gage

23002 VICTORY BOULEVARD ~ WOODLAND HILLS, CA 91367 ~ (818) 340-9252 ~ FAX (818) 340-9088
brad@bradgagelaw.com milad@bradgagelaw.com wayne@bradgagelaw.com sarah@bradgagelaw.com

September 15, 2025

**<u>SENT VIA USPS PRIORITY (Tracking Number):</u>** 9400150105797022033578
**Controller's Office — Claims Division**
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408

Re: Government Claim

Dear Sir or Madam:

Please consider this a notice of governmental claim, pursuant to California Government Code, Section 911.4.

A. **NAME OF THE CLAIMANTS:**

Christina Psalms and Marcus Psalms, the parents and successors in interest for their son, Jon-Marques Psalms. Estate of Jon-Marques Psalms

**B. ADDRESS TO SEND ALL NOTICES:**

Brad Gage Law, 23002 Victory Blvd., Woodland Hills, CA 91367.

**C. THE DATE, PLACE AND OTHER CIRCUMSTANCES OF THE OCCURRENCE OR TRANSACTIONS WHICH GIVE RISE TO THE CLAIMS ASSERTED:**

On 08/20/2025, Jon-Marques Psalms received a head injury during training. A gauze bandage was placed on his head at some point. After the head injury, Jon suffered a syncopal episode during training at the San Francisco Police Academy. Jon was a cadet at the Academy and was engaging in a training exercise before the head injury was received. An ambulance was called. Jon was transported to the emergency department at UCSF. After arriving at the hospital

Jon continued to get worse. He was admitted to the intensive care unit on 8/20/2025. Jon suffered a neurological injury. He continued to suffer from his injuries until his death on 08/22/2025 at 1827 hours.

Among the injuries that Jon endured pain and suffering from because of the actions at the Academy were:

- Acute tubular necrosis, kidneys
- Ischemic necrosis, liver
- Hemorrhage of soft tissues and mucus membranes
- Cerebral edema with cerebellar herniation requiring an Occipital craniectomy.
- The brain showed effacement of the lateral ventricles upon autopsy.

A bright and promising young man was snatched from this earth as he embarked on a new career to help protect and serve our community. Jon was an athlete and scholar. He was an avid golfer. He received a partial academic scholarship to UL/Lafayette. He graduated with a Bachelor's of Science in petroleum engineering. Jon spent the last five years working in tech sales primarily in the Bay Area. Jon loved to travel globally. He was a blue belt in Jiu Jitsu.

As to the incident itself, a perfectly healthy young man went through training at the Police Academy. As a result of that training he has now left the earth. Based on information and belief, the lieutenant in charge of day-to-day operations was transferred on August 23, 2025 (one day after Jon died.). His Captain took a month-long trip. It is virtually unheard of to have both a lieutenant and captain transferred essentially within days of a tragedy unless the department already has found alleged wrongdoing on their part.

The Department claims that Capt. Canning's trip had nothing to do with the death. Yet, that doesn't pass the smell test. Taking a vacation on the heels of this tragedy also appears to be very callous. If there was not any disciplinary reason for the trip and it was simply for pleasure, why not reschedule it so that the Captain is present during these trying times? Wouldn't that be the humane response? The SFPD is facing a recruitment crisis. Showing compassion certainly helps to bring in potential candidates.

Even if we were to believe that the vacation of the Captain is a coincidence, what is the explanation for the transfer of the lieutenant? Why would the department move the lieutenant at a time the captain will be gone for a month? The generally accepted practice and best practice of law enforcement would be to have the lieutenant available while the captain is gone because it aids in smoot running of the division.

LEGAL CLAIMS:

- Assault
- Battery
- Negligence
- Bane Act

- Ralph Act
- Unruh Act
- 42 USC § 1983
- Intentional infliction of emotional distress
- Negligent infliction of emotional distress
- Punitive damages against individual defendants.

D. **GENERAL DESCRIPTION OF THE INJURY, DAMAGE OR LOSS INCURRED.**

General, special (economic and non-economic) damages, wrongful death damages, survivor damages, Attorneys fees litigation costs and such other damages as presented at trial.

E. **NAME OF PUBLIC EMPLOYEES CAUSING THE INJURY, DAMAGE OR LOSS TO COMPLAINANTS INCLUDE BUT ARE NOT LIMITED TO THE FOLLOWING**:

Not presently known.

F. **THE AMOUNT OF CLAIMED DAMAGES EXCEEDS $10,000 AND JURISDICTION WILL BE PROPER IN SAN FRANCISCO SUPERIOR COURT.**

It is not uncommon for cases like this to resolve for over $50,000,000.00.

If you contend this is not the proper location for a Governmental Claim, please advise of the proper address. Further, if you contend there are any administrative claims or remedies not pursued by complainant, please advise so that we can fulfill any administrative remedy requirements now. Thank you.

Very truly yours,
Brad Gage Law
A Professional Corporation

*/s/ Bradley C. Gage*
Bradley C. Gage

# "Exhibit 2"

CITY AND COUNTY OF SAN FRANCISCO

DAVID CHIU
City Attorney

OFFICE OF THE CITY ATTORNEY

Frederick P. Sheinfield
Chief Claims Deputy

DIRECT DIAL: (415) 554-3872
E-MAIL: RICK.SHEINFIELD@SFCITYATTY.ORG

October 28, 2025

Brad Gage Law
23002 Victory Boulevard
Woodland Hills, CA 91367

RE: Claim of Marcus Psalms / Claim Number 26-00545

| | |
|---|---|
| Department: | SFPD SFPD Claims and Litigation |
| Incident Date: | August 20, 2025 |
| Claim Filed: | September 16, 2025 |

**NOTICE OF ACTION UPON CLAIM** **PLEASE TAKE NOTICE THAT**

An investigation of your claim filed with the City and County of San Francisco has revealed no indication of liability on the part of the City and County. Accordingly, your claim is DENIED.

The Government Code requires us to include the following language to all putative claimants. The Code contains no express exceptions for those already represented.

**WARNING**

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6. This time limitation applies only to causes of action arising under California law for which a claim is mandated by the California Government Claims Act, Government Code sections 900 et. seq. Other causes of action, including those arising under federal law, may have shorter time limitations for filing.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Please also be advised that, pursuant to Code of Civil Procedure sections 128.7 and 1038, the City and County of San Francisco will seek to recover all costs of defense in the event an action is filed in this matter and it is determined that the action was not brought in good faith and with reasonable cause.

Very truly yours,

DAVID CHIU
City Attorney

Frederick P. Sheinfield
Chief Claims Deputy

Claim of: Marcus Psalms Claim Filed: September 16, 2025

I, Tonee Aquino, say: I am a citizen of the United States, over eighteen years of age, and not a party to the within action; that I am employed by the City Attorney's Office of San Francisco, Fox Plaza, 1390 Market Street, 7th Floor, San Francisco, CA 94102.

That on October 28, 2025 I served:

NOTICE OF ACTION UPON CLAIM

by placing a true copy thereof in an envelope addressed to:

Brad Gage Law
23002 Victory Boulevard
Woodland Hills, CA 91367

Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2025 at San Francisco, California.

Tonee Aquino

DECLARATION OF SERVICE BY MAIL

CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE CITY ATTORNEY

DAVID CHIU
City Attorney

Frederick P. Sheinfield
Chief Claims Deputy

DIRECT DIAL: (415) 554-3872
E-MAIL: RICK.SHEINFIELD@SFCITYATTY.ORG

October 28, 2025

Brad Gage Law
23002 Victory Boulevard
Woodland Hills, CA 91367

RE: Claim of Christina Psalms / Claim Number 26-00544

| | |
|---|---|
| Department: | SFPD SFPD Claims and Litigation |
| Incident Date: | August 20, 2025 |
| Claim Filed: | September 16, 2025 |

**NOTICE OF ACTION UPON CLAIM** **PLEASE TAKE NOTICE THAT**

An investigation of your claim filed with the City and County of San Francisco has revealed no indication of liability on the part of the City and County. Accordingly, your claim is DENIED.

The Government Code requires us to include the following language to all putative claimants. The Code contains no express exceptions for those already represented.

**WARNING**

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6. This time limitation applies only to causes of action arising under California law for which a claim is mandated by the California Government Claims Act, Government Code sections 900 et. seq. Other causes of action, including those arising under federal law, may have shorter time limitations for filing.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Please also be advised that, pursuant to Code of Civil Procedure sections 128.7 and 1038, the City and County of San Francisco will seek to recover all costs of defense in the event an action is filed in this matter and it is determined that the action was not brought in good faith and with reasonable cause.

Very truly yours,

DAVID CHIU
City Attorney

Frederick P. Sheinfield
Chief Claims Deputy

Claim of: Christina Psalms Claim Filed: September 16, 2025

I, Tonee Aquino, say: I am a citizen of the United States, over eighteen years of age, and not a party to the within action; that I am employed by the City Attorney's Office of San Francisco, Fox Plaza, 1390 Market Street, 7th Floor, San Francisco, CA 94102.

That on October 28, 2025 I served:

NOTICE OF ACTION UPON CLAIM

by placing a true copy thereof in an envelope addressed to:

Brad Gage Law
23002 Victory Boulevard
Woodland Hills, CA 91367

Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2025 at San Francisco, California.

Tonee Aquino

DECLARATION OF SERVICE BY MAIL

# "Exhibit 3"

Bradley C. Gage, Esq., S.B. No. 117808
brad@bradgagelaw.com
Milad Sadr, Esq., S.B No. 245080
milad@bradgagelaw.com
Sarah E. Gage, Esq., S.B. No. 306090
sarah@bradgagelaw.com
**BRAD GAGE LAW**
A Professional Corporation
23002 Victory Boulevard
Woodland Hills, California 91367
(818) 340-9252 Fax: (818) 340-9088

Attorneys for Plaintiffs,
CHRISTINA PSALMS, and MARCUS PSALMS individually and as successors in interest to JON-MARQUES PSALMS,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PSALMS, and MARCUS PSALMS individually and as successors in interest to JON-MARQUES PSALMS,<br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, DOE 4, and DOES 3,5-10, inclusive, | Case No. 3:26-cv-03880 LB<br><br>**DECLARATION OF CHRISTINA PSALMS**<br><br>Trial Date: None Set |

**DECLARATION OF CHRISTINA PSALMS**

1. The decedent, Jon-Marques Psalms, is my son. A true and correct copy of the death certificate is attached hereto as Ex. “A”.
2. On or about August 22, 2025, Jon-Marques passed away at UCSF Medical Center, 505 Parnassus Ave., San Francisco, California.
3. No proceeding is now pending in California for administration of the decedent's estate.
4. The affiant or declarant is the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in the action or proceeding.

5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

The affiant or declarant affirms or declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/12/2026 By: Christina Psalms
ID zeMgjjmYLgKV9eJmHf3UuwQZ
Christina Psalms

# eSignature Details

**Signer ID:** **zeMgjjmYLgKV9eJmHf3UuwQZ**
Signed by: Christina Psalms
Sent to email:
IP Address: 172.112.82.229
Signed at: Sep 12 2026, 6:29 am PDT

# "Exhibit 4"

Bradley C. Gage, Esq., S.B. No. 117808
brad@bradgagelaw.com
Milad Sadr, Esq., S.B No. 245080
milad@bradgagelaw.com
Sarah E. Gage, Esq., S.B. No. 306090
sarah@bradgagelaw.com
**BRAD GAGE LAW**
A Professional Corporation
23002 Victory Boulevard
Woodland Hills, California 91367
(818) 340-9252 Fax: (818) 340-9088

Attorneys for Plaintiffs,
CHRISTINA PSALMS, and MARCUS PSALMS individually and as successors in interest to JON-MARQUES PSALMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PSALMS, and MARCUS PSALMS individually and as successors in interest to JON-MARQUES PSALMS,<br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, DOE 4, and DOES 3,5-10, inclusive, | Case No. 3:26-cv-03880 LB<br><br>**DECLARATION OF MARCUS PSALMS**<br><br>Trial Date: None Set |

**DECLARATION OF MARCUS PSALMS**

1. The decedent, Jon-Marques Psalms, is my son. A true and correct copy of the death certificate is attached hereto as Ex. "A".
2. On or about August 22, 2025, Jon-Marques passed away at UCSF Medical Center, 505 Parnassus Ave., San Francisco, California.
3. No proceeding is now pending in California for administration of the decedent's estate.
4. The affiant or declarant is the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in the action or proceeding.

5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

The affiant or declarant affirms or declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/12/2026 By: Marcus Psalms
ID jHYPs98r5ULCjVwY7j7uvoTY
Marcus Psalms

# eSignature Details

| | |
|---|---|
| **Signer ID:** | **jHYPs98r5ULCjVwY7j7uvoTY** |
| Signed by: | Marcus Psalms |
| Sent to email: | |
| IP Address: | 172.112.82.229 |
| Signed at: | Sep 12 2026, 1:20 pm PDT |